**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BRIAN BONNER,

    Plaintiff,

v.                                         CASE NO: 17-CV-11571-DT

PRISON TRANSPORTATION SERVICES
INC AND JOHN DOE

    Defendants.
                                          /

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

This case was referred to United States Magistrate Stephanie Dawkins Davis pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In the report filed on December 21, 2017 the magistrate judge recommended that this court deny as moot the requests for injunctive relief; deny as moot the duplicative requests for counsel and deny without prejudice any motion to amend or supplement his complaint. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C).

A failure to object to the magistrate judge's report effectively waives further appellate rights and releases the court from its duty to independently review the motion. *Thomas v. Arn,* 474 U.S. 140, 149 (1985). The court has nonetheless reviewed the file and the report, and determines that the findings

1

and conclusions of the magistrate judge are correct. The court ADOPTS AND INCORPORATES the same for purposes of this order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff Brian Bonner's motions for injunctive relief [Dkt #'s 9,14,17, 23, 25, 28, 29 and 40] **are DENIED AS MOOT.** Plaintiff's motions/requests for appointment of counsel within Dkt #'s 9,14,17, 23, 25, 28, 29 and 40 are **DENIED AS MOOT** and any motions to amend or supplement the complaint within Dkt #'s 9,14,17, 23, 25, 28 ,29 and 40 are **DENIED**.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 23, 2018, by electronic and/or ordinary mail.
    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

C:\Users\cleland\Documents\Chambers documents\17-11571 BONNER Order adopt rr.doc